Law Offices
**Wargo & French LLP**
1888 Century Park East, Suite 1520
Los Angeles, CA 90067
Phone: 310-853-6300

1. Mark L. Block (SBN 115457)
mblock@wargofrench.com
2. Jeffrey N. Williams (SBN 274008)
jwilliams@wargofrench.com
3. WARGO & FRENCH LLP
1888 Century Park East, Suite 1520
4. Los Angeles, CA 90067
Telephone: (310) 853-6300
5. Facsimile: (310) 853-6333

6. Attorneys for Defendant
JPMorgan Chase Bank, N.A.
7. (*erroneously sued as* "J.P. Morgan Chase & Co.")

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUNG HEI RICE<br><br>  Plaintiff,<br><br>  v.<br><br>JPMORGAN CHASE BANK, N.A. (*erroneously sued as* "J.P. Morgan Chase & Co.")., TRANSUNION, LLC<br><br>  Defendants. | Case No. CV 12-0935-R<br><br>**JUDGMENT OF DISMISSAL**<br><br>Hon. Manuel L. Real |

//
//
//
//
//
//
//
//
//
//
//

JUDGMENT

On July 17, 2012, the Court entered an Order [D.E. # 26] on Defendant JPMorgan Chase Bank N.A. ("Chase")'s Motion to Dismiss the First Amended Complaint filed in this action by Plaintiff Yung Hei Rice ("Plaintiff") pursuant to Federal Rule of Civil Procedure 12(b)(6). The Court's Order granted Chase's Motion in its entirety and ordered the dismissal of the First, Third, and Fourth Causes of Action in the First Amended Complaint as to Chase. There are no remaining causes of action in the First Amended Complaint asserted against Chase.

Accordingly, pursuant to the Court's July 17, 2012 Order:

IT IS HEREBY ADJUDGED THAT the First Amended Complaint is dismissed with prejudice[1] as to Chase, that Plaintiff shall take nothing from her First Amended Complaint as to Chase, and that judgment is entered for Chase and against Plaintiff.

Dated: July 18, 2012

_____
Hon. Manuel L. Real

---

[1] "[U]nless otherwise specified, a dismissal for failure to state a claim under Rule 12(b)(6) is presumed to be both a judgment on the merits and to be rendered *with prejudice*." *McLean v. United States*, 566 F. 3d 391, 396 (4th Cir. 2009) (collecting cases) (emphasis added).

JUDGMENT