**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE: 714-668-2447
FACSIMILE 714-668-2490

Donald E. Bradley (State Bar No. 145037)
 d.bradley@mpglaw.com

JS-6

Attorneys for Defendant TRANS UNION LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUNG HEI RICE, | Case No. CV 12-00935 R (MANx) |
| Plaintiff, | Hon. Manuel L. Real, Courtroom 8 |
| vs. | |
| JP MORGAN CHASE BANK, N.A. (erroneously sued as "J.P. Morgan Chase & Co."); TRANSUNION, LLC, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

Plaintiff Yung Hei Rice has announced to the Court that all matters in controversy against Trans Union LLC have been resolved. A Joint Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Joint Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Yung Hei Rice against Defendant Trans Union LLC are in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same.

DATED: October 3, 2012

_____
Hon. Manuel L. Real
United States District Judge

813770.1

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, Suite 1200, Costa Mesa, California 92626-1925.

On October 2, 2012, I served true copies of the following document(s) described as **ORDER OF DISMISSAL WITH PREJUDICE** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 2, 2012, at Costa Mesa, California.

　　　　　　　　　　　　　　　　　　　　　*/s/ April M. Yusay*
　　　　　　　　　　　　　　　　　　　　　April M. Yusay

**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW

813770.1

2

## SERVICE LIST

| | |
|---|---|
| Bruce Gridley<br>KANE, BALLMER & BERKMAN<br>515 South Figueroa Street, Suite 1850<br>Los Angeles, CA 90071<br>Phone: (213) 617-0480<br>Fax: (213) 625-0931<br>Email: bgridley@kbblaw.com<br>*Counsel for Plaintiff* | Jeffrey N. Williams<br>WARGO & FRENCH LLP<br>1888 Century Park East, Suite 1520<br>Los Angeles, CA 90067<br>Phone: (310) 853-6300<br>Fax: (310) 853-6333<br>Email: jwilliams@wargofrench.com<br>*Counsel for JPMorgan Chase Bank NA* |